```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  GLORIA SALTER,
                                           NO. CIV. S-04-29 LKK/DAD
12
              Plaintiffs,
13
         v.                                    O R D E R
14
    ANTHONY J. PRINCIPI; and
15  U.S. DEPARTMENT OF VETERAN'S
    AFFAIRS,
16
              Defendants.
17                                    /
18       A hearing on this case was scheduled for May 23, 2005, at
19  10:00 a.m., on the Law and Motion Calendar of this court pursuant
20  to defendant's motion for summary judgment.  Local Rule 78-230(c)
21  for the Eastern District of California specifies that an opposition
22  or statement of non-opposition to the granting of the motion shall
23  be in writing and shall be served and filed not less than fourteen
24  (14) days prior to the hearing.  Plaintiff has failed to file an
25  opposition or statement of non-opposition.
26  ////
```

1    Accordingly, the court ORDERS as follows:

2    1. Counsel for plaintiff, is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in accordance with Local Rule 78-230, unless that party timely files a written Statement of No Opposition. Hearing shall be held on the Order to Show Cause at the time of hearing on this motion.

2. The hearing on the motion for summary judgment presently before the court is CONTINUED to June 13, 2005, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

3. Plaintiff's counsel is directed to file and serve the opposition no later than May 30, 2005.

IT IS SO ORDERED.

DATED: May 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2