UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLORIA SALTER,

        Plaintiffs,

   v.

ANTHONY J. PRINCIPI; and
U.S. DEPARTMENT OF VETERAN'S
AFFAIRS,

        Defendants.

NO. CIV. S-04-29 LKK/DAD

O R D E R

/

A hearing in the above-captioned case was scheduled for July 18, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendant's motion for summary judgment or summary adjudication.

Counsel for plaintiff has filed an opposition brief. Local Rule 56-260(b) for the Eastern District of California specifies that any party opposing a motion for summary judgment or summary adjudication "shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and

1

1  deny those that are disputed, including with each denial a citation
2  to the particular portions of any pleading, affidavit, deposition,
3  interrogatory answer, admission or other document relied upon in
4  support of that denial."  Plaintiff's counsel has failed to
5  reproduce the Statement of Undisputed Facts and admit those that
6  are undisputed and deny those that are disputed (otherwise known
7  as a "Response SUF").

8     Accordingly, plaintiff's counsel is ORDERED to file a Response
9  SUF which complies with Local Rule 56-260(b) by 4:00 p.m. on
10 Thursday, June 30, 2005.[1]

11     IT IS SO ORDERED.

12     DATED:  June 28, 2005.

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that it has already been forced to continue one hearing date because of plaintiff's counsel's failure to file a timely opposition in accordance with Local Rule 78-230. Plaintiff's counsel is admonished that failure to comply with Local Rule 56-260(b) by the specified date may result in further sanctions.

2