UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLORIA SALTER,

        Plaintiffs,

    v.

ANTHONY J. PRINCIPI; and
U.S. DEPARTMENT OF VETERAN'S
AFFAIRS,

        Defendants.
_____/

NO. CIV. S-04-29 LKK/DAD

O R D E R

This matter comes before the court on defendant's bill of costs. Defendant seeks $3608.00 in costs.[1] Plaintiff is directed to file objections, if any, within ten days of this order.

IT IS SO ORDERED.

DATED: September 13, 2005.

        /s/Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

---

[1] In his declaration, counsel for defendant explains that the bill of costs includes the costs for a video and transcript from three sessions of plaintiff's deposition. The transcripts total $1831.50 and the videos total $1751.50. Defendant's bill of cost also includes $25.00 to obtain plaintiff's medical records.